## 11218.  MOORE *v.* THE STATE.

1. " The ' indeterminate-sentence act ' (Georgia Laws 1919, p. 387) did not repeal section 1062 of the Penal Code of 1910, which provides that on the recommendation of the jury trying the case, when such recommendation is approved by the presiding judge, the punishment for certain felonies shall be as provided for misdemeanors.  The aforesaid act contains no express reference to the code-section.  Repeals by implication are not favored, and a later statute will not be construed to repeal a prior act on the same subject where there is no irreconcilable repugnancy between the two.  *Savannah River Terminal Co.* v. *Southern Ry. Co.,* 148 *Ga.* 180, 185 (96 S. E. 257); *Sims* v. *State,* 7 *Ga. App.* 852(1) (68 S. E. 493)."  *Moore* v. *State,* 150 *Ga.* 679 (104 S. E. 907).

2. " It was reversible error for the court to fail and refuse to charge the jury on the trial of one charged with simple larceny (hog-stealing), that they could recommend, if they saw fit, that the defendant be punished as for a misdemeanor.  *Johnson* v. *State,* 100 *Ga.* 78 (25 S. E. 940)."  *Moore* v. *State,* supra.

DECIDED DECEMBER 15, 1920.

Indictment for larceny of hog; from Liberty superior court — Judge Sheppard.  December 20, 1919.

*Ben. A. Way, J. P. Dukes,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

BROYLES, C. J.   In reply to questions certified by this court to the Supreme Court, that court, on November 12, 1920, answered as is set forth in the headnotes to this case.  No merit appears in any of the other grounds of the motion for a new trial; but on account of the error stated in the second headnote, a new trial of the case is required.

*Judgment reversed.   Luke and Bloodworth, JJ., concur.*